UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OLIVER CHAVEZ<br><br>Plaintiff,<br><br>v.<br><br>U. REYES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00142-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS THAT (1) THIS CASE PROCEED ONLY ON PLAINTIFF'S FAILURE TO PROTECT CLAIM IN VIOLATION OF THE EIGHTH AMENDMENT AGAINST DEFENDANTS U. REYES, J. CORTEZ, AND JOHN DOES; AND (2) ALL OF OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(ECF Nos. 13, 16)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS |

Plaintiff Jose Chavez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. (ECF No. 1). Plaintiff filed a First Amended Complaint on May 12, 2025 (ECF No. 13). Plaintiff's First Amended Complaint alleges that Defendants U. Reyes, J. Cortez, T. Cisneros, G. Ward, and John Does[1] failed to protect him from an attack by rival gang member inmates even though Defendants knew an attack would occur and did not intervene. (*Id.* at 4).

On January 15, 2026, the Court screened the complaint, concluding that that Plaintiff

---

[1] Plaintiff's First Amended Complaint lists "John Doe" as a single Defendant, but the facts allege that there were "three John Doe." (ECF No. 13 at 4).

1

states only the following claim: failure to protect in violation of the Eighth Amendment against Defendants U. Reyes, J. Cortez, and John Does, correctional officers at California Substance Abuse Treatment Facility. Plaintiff's First Amended Complaint does not sufficiently state a claim against T. Cisneros and G. Ward. (ECF No. 15) The Court also explained why the complaint failed to state any other cognizable claims. The Court gave Plaintiff thirty days to either file (1) a notice to proceed on these claims, (2) a first amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge.  (*Id.* at 8).

On February 17, 2026, Plaintiff filed a "Notice To Proceed on Cognizable Claims" stating that Plaintiff will proceed with the claim against the defendants the Court found cognizable. (ECF No. 16).

Accordingly, the Court respectfully requests the Clerk of Court assign a district judge to this matter.

Additionally, for the reasons set forth in the Court's screening order that was entered on January 15, 2026 (ECF No. 15), and because Plaintiff has notified the Court of the claims he wishes to proceed on (ECF No. 16), IT IS RECOMMENDED that:

1. This case proceeds on Plaintiff's claim of failure to protect in violation of the Eighth Amendment against Defendants U. Reyes, J. Cortez, and John Does; and

2. All other claims and Defendants be dismissed with prejudice for failure to state a claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits.

\\\

\\\

\\\

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **February 19, 2026**          /s/ Erica P. Grosjean

                                        UNITED STATES MAGISTRATE JUDGE