**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE OLIVER CHAVEZ, | Case No. 1:25-cv-0142 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| U. REYES, et al., | Doc. 20 |
| Defendants. | |

Jose Oliver Chavez is a state prisoner who asserts he suffered violations of his civil rights while in custody at the California Substance Abuse Treatment Facility. Doc. 13. The magistrate judge screened Chavez's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Chavez stated a cognizable claim for failure to protect in violation of the Eighth Amendment against Defendants U. Reyes, J. Cortez, and John Does, correctional officers at California Substance Abuse Treatment Facility, concerning events on November 30, 2022. Doc. 15 at 2-6. The magistrate judge found Chavez did not state claims against Warden T. Cisneros and Lieutenant G. Ward based upon a theory of supervisor liability. *Id.* at 6-7. Chavez responded to the Screening Order by indicating his willingness to proceed on the cognizable claims. Doc. 16.

On February 19, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending the action proceed only on the cognizable claims. Doc. 20 at 1-2. The Court served the findings and recommendations on

1

Chavez and granted him 30 days to file any objections. *Id.* at 2. The Court informed Chavez that a failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 3 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Chavez did not file objections.

Consistent with 28 U.S.C. § 636(b)(1), this court reviewed this matter de novo. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1.  The findings and recommendations issued February 19, 2026 (Doc. 20) are **ADOPTED** in full.

2.  This action **SHALL** proceed only on Chavez's claim of failure to protect in violation of the Eighth Amendment against Defendants U. Reyes, J. Cortez, and John Does.

3.  All other claims and defendants are **DISMISSED**.

4.  This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 9, 2026   

_____
UNITED STATES DISTRICT JUDGE

2