UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OLIVER CHAVEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>U. REYES, et al.,<br><br>       Defendants. | Case No. 1:25-cv-00142-KES-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 28)<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

The Court previously allowed Plaintiff to issue a subpoena so that Plaintiff could seek document(s) that identify Defendant Reyes or the Doe Defendants. (ECF No. 24). Plaintiff has now completed and returned the subpoena and USM-285 form. (ECF No. 28).

As the response date listed by Plaintiff in the subpoena is approximately twenty-one days away but the subpoena has not yet been served, the Court will extend the response date. The Court will give the Litigation Coordinator at California Substance Abuse Treatment Facility ("SATF"), twenty-one days from the date of service of the subpoena to respond to the subpoena.

Additionally, Plaintiff does not provide the location of the alleged incident in the subpoena. However, based on Plaintiff's First Amended Complaint, it appears that the incident occurred at SATF, Facility-B yard. (ECF No. 13 at 4). Plaintiff alleges that, on November 30,

2022, Plaintiff arrived at SATF and, while waiting in a holding cell, overheard correctional officers state that inmates at Facility B were awaiting the arrival of Bulldog gang members and that "there was going to be a blood bath, so watch your backs escorting them." (*Id.* at 3). Plaintiff alleges this concerned him, and he voiced those concerns to Defendants U. Reyes and J. Cortez[1] and three John Doe correctional officers. (*Id.*). Plaintiff alleges that the correctional officers escorted Plaintiff and other inmates to the Facility-B yard and watched as other gang members "rushed us and started stabbing and slicing us." (*Id.* at 4). Plaintiff alleges he was brutally assaulted and the correctional officers did not intervene.

Plaintiff has chosen to proceed on his Eighth Amendment failure to protect claim against Defendants U. Reyes, J. Cortez, and John Does, correctional officers at SATF on November 30, 2022. (ECF Nos. 15, 16, 25)

The Litigation Coordinator at SATF is only required to produce documents that identify, or that may reasonably help Plaintiff identify, Defendant U. Reyes and the Doe Defendant officer(s) involved in this incident. Alternatively, if the Litigation Coordinator is able to identify Defendant U. Reyes and the Doe Defendant officer(s) who allegedly failed to protect the Plaintiff while escorting him to Facility-B yard on November 30, 2022, the Litigation Coordinator may provide those names to the Court via email at EPGorders@caed.uscourts.gov. If he or she does so, the Court will substitute the identified officer(s) in place of Defendant U. Reyes and the Doe Defendants and will authorize service of process on the identified Officer(s).

Accordingly, it is HEREBY ORDERED that:

1. The Litigation Coordinator at SATF has TWENTY-ONE (21) DAYS from the date of service of the subpoena to respond to the subpoena.

2. The Litigation Coordinator at SATF is only required to produce documents that identify, or that may reasonable help Plaintiff identify, Defendant U. Reyes and the Doe Defendant officer(s) involved in the incident described above. Alternatively, if

---

[1] Defendant J. Cortez filed a Notice of Intent to Waive Service on February 26, 2026. (ECF No. 21).

the Litigation Coordinator is able to identify Defendant U. Reyes and the Doe Defendant Officer(s) who were involved in escorting Plaintiff on or around November 30, 2022, the Litigation Coordinator may provide those names to the Court via email at EPGorders@caed.uscourts.gov.

3. Any response and/or responsive documents shall be produced to Plaintiff at his current address: Jose Oliver Chavez, G-02981, California State Prison, Corcoran, P.O. Box 5248, Corcoran, CA 93212.

4. The Clerk of Court shall forward the following documents to the United States Marshals Service:

    a. One (1) completed and issued subpoena *duces tecum*;

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

5. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.

6. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the Litigation Coordinator at SATF pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

7. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

8. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:   **May 5, 2026**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

3