UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OLIVER CHAVEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>U. REYES, et al.,<br><br>             Defendants. | No.  1:25-cv-00142-KES-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JOSE OLIVER CHAVEZ, CDCR #G-02981 |

A settlement conference in this matter commenced on June 1, 2026.  Inmate Jose Oliver Chavez, CDCR #G-02981, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE:  _June 1, 2026_

_____
UNITED STATES MAGISTRATE JUDGE

1